In the Matter of the Claim of CLARA B. ATKINS, Respondent, against JULIUS JOELSON ENTERPRISE et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted November 17, 1931; decided December 1, 1931.)

*Jeremiah F. Connor* and *John F. Foley* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.